# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RAFAEL CASTILLO-SANCHEZ, | Case No. 2:19-cv-01171-KJD-DJA |
| Petitioner, | **ORDER** |
| v. | |
| WILLIAMS, NEVEN, et al., | |
| Respondents. | |

Petitioner having filed an unopposed motion for extension of time (first request) (ECF No. 13), and good cause appearing;

IT THEREFORE IS ORDERED that petitioner's unopposed motion for extension of time (first request) (ECF No. 13) is **GRANTED**. Petitioner will have up to and including April 8, 2020, to file a first amended petition for a writ of habeas corpus.

DATED: January 8, 2020

_____
KENT J. DAWSON
United States District Judge