1

2

3

4

5

6

7

8                          **UNITED STATES DISTRICT COURT**

9                               **DISTRICT OF NEVADA**

10

11    RAFAEL CASTILLO-SANCHEZ,              Case No. 2:19-cv-01171-KJD-DJA

12                  Petitioner,            **ORDER**

13          v.

14    WILLIAMS, NEVEN, et al.,

15                  Respondents.

16

17          Petitioner has filed two motions.  First is the motion to stay, in which he asks to stay the

18    case pending a ruling on whether the court reopens an earlier-filed action, Castillo-Sanchez v.

19    Neven, Case No. 2:18-cv-01598-JAD-NJK.  ECF No. 15.  Second is the motion to voluntarily

20    dismiss this action, because the court has reopened Castillo-Sanchez v. Neven.  ECF No. 17.  The

21    court grants the motion to voluntarily dismiss the action.  The court denies the motion to stay

22    because, with the dismissal of this action, the motion is moot.

23          IT THEREFORE IS ORDERED that the motion to stay (ECF No. 15) is **DENIED** as

24    moot.

25          IT FURTHER IS ORDERED that the motion to voluntarily dismiss case (ECF No. 17) is

26    **GRANTED**.  This action is **DISMISSED** without prejudice to the earlier-filed action, Castillo-

27    Sanchez, 2:18-cv-01598-JAD-NJK.  The clerk of the court is directed to enter judgment

28    accordingly and to close this action.

1     IT FURTHER IS ORDERED that a certificate of appealability will not issue.

2     DATED:   August 11, 2020

3     _____

4     KENT J. DAWSON
      United States District Judge